UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBIN GLOSS,

        Plaintiff,                         Case No. 1:24-cv-11526

v.                                            Honorable Thomas L. Ludington
                                                 United States District Judge

MCLAREN BAY REGION, and MCLAREN
HEALTH CARE CORPORATION           Honorable Patricia T. Morris
                                                 United States Magistrate Judge

        Defendants.
_____/

### ORDER GRANTING STIPULATED DISMISSAL

On April 25, 2025, the Parties in the above-captioned case filed a stipulation of dismissal with prejudice, ECF No. 49. Having reviewed the Parties' Stipulation, finding good cause, and this Court being otherwise fully advised in the premises:

It is **ORDERED** that the Parties' Stipulation of Dismissal, ECF No. 49, is **GRANTED.**

Further, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE.**

**This is a final order and closes the above-captioned case.**

Dated: April 30, 2025                                  s/Thomas L. Ludington
                                                     THOMAS L. LUDINGTON
                                                     United States District Judge